Priority  
Send  
Enter  
Closed  
JS-5/JS-6 ✓  
JS-2/JS-3  
Scan Only

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| KIM ORONA, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED INTERSTATE, INC., <br><br> Defendant. | CASE NO. ED CV 09-00950 VAP (DTBx) <br><br> [~~PROPOSED~~] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE <br><br> [FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] <br><br> District Judge: TBD |

The Court has reviewed the Stipulation of Plaintiff KIM ORONA and Defendant ALLIED INTERSTATE, INC. ("ALLIED") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

05938.00/155685

[~~PROPOSED~~] ORDER  
CASE NO. ED CV 09-00950

1

1.    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

The Court shall retain jurisdiction solely for settlement enforcement purposes.

**IT IS SO ORDERED**

DATED: Aug 12 2009

_____
UNITED STATES DISTRICT JUDGE